## BLOCK vs. PERKINS.

*Appeal from Hempstead Circuit Court.*

Judgment affirmed upon the principle decided in *Evans vs. White et al.* 7 *Eng.* 133.